IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN COATES,

    Petitioner,

v.                                         Case No. 4:15cv341-MW/CJK

JULIE L. JONES,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 14. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus challenging the judgment and conviction and sentence in *State of Florida v. John Coates*, Leon County Circuit Court Case No. 09-CF-3054, is **DENIED**. Further, a certificate of appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 14, 2017.**

                                              **s/Mark E. Walker              ____**

**United States District Judge**